Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:	(503) 323-9000
Facsimile:	(503) 323-9019

Attorneys for Defendant First National Collection Bureau, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KATHLEEN LAWRENCE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No. 6:21-cv-00814-MC<br><br>**STIPULATED JUDMENT OF DISMISSAL** |

IT IS STIPULATED by and between plaintiff and defendant First National Collection Bureau, Inc. ("FNCB") that all of plaintiff's claims against FNCB shall be dismissed with prejudice and without attorney's fees or costs to either party.

DATED: 6/21/2022            By: *s/ James L. Davidson*
                                           James L. Davidson, *Admitted Pro Hac Vice*
                                           Kenneth P. Dobson, OSB No. 002435
                                           Attorneys for Plaintiff

DATED: 6/21/2022            By: *s/ Robert E. Sabido*
                                           Robert E. Sabido, OSB No. 964168
                                           Attorneys for Defendant First National
                                           Collection Bureau, Inc.

Page 1 -   **STIPULATED JUDMENT OF DISMISSAL**

Based upon the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against FNCB are dismissed with prejudice and without attorney's fees or costs to either party.

DATED: June _____, 2022

_____
Michael J. McShane
United States District Court Judge

Page 2 -   **STIPULATED JUDMENT OF DISMISSAL**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDMENT OF DISMISSAL** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

| | |
|---|---|
| Kenneth P. Dobson<br>Attorney at Law<br>0324 SW Abernethy St.<br>Portland, OR 97239<br>landlaw.oregon@gmail.com | James L. Davidson, *Admitted Pro Hac Vice*<br>Greenwald Davidson Radbil PLLC<br>7601 N Federal Hwy., Ste. A-230<br>Boca Raton, FL 33487<br>jdavidson@gdrlawfirm.com |

*Counsel for Plaintiff*

DATED: June 21, 2022

*s/ Robert E. Sabido*
Robert E. Sabido

Page 1 – **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019